FILED

2026 May-21  AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LABARRON DONTAE MCDONALD,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 2:25-cv-1828-ACA-NAD** |
| **v.** | ) ) ) | |
| **SGT. SAMPSON, et al.,** | ) ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

In January 2026, the magistrate judge ordered Plaintiff LaBarron Dontae McDonald to pay his initial partial filing fee within fourteen days. (Doc. 8). When Mr. McDonald failed to do so, the magistrate judge entered a report recommending that the court dismiss this action for failure to prosecute. (Doc. 9). The magistrate judge advised Mr. McDonald of his right to file objections to the report and recommendation within fourteen days. (*Id.* at 2–3). Mr. McDonald did not file any objections, but he did submit a change of address within that time limitation. (Doc. 11). Based on the change of address, the magistrate judge recognized that Mr. McDonald did not receive the court's order and allowed Mr. McDonald an additional fourteen days to pay his initial partial filing fee. (Doc. 12). That time expired without Mr. McDonald paying his filing fee or otherwise responding.

Mr. McDonald's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Thus, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this May 21, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2